UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RICHARD ALAN LACY,

Plaintiff,

v.

JAMES DZURENDA, *et al.*,

Defendants.

Case No. 2:17-cv-01123-KJD-NJK

ORDER

**I.  DISCUSSION**

Plaintiff, a former state prisoner, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1-1.)  The Court issued a screening order on June 7, 2018. (ECF No. 4).  On June 20, 2018, Plaintiff filed a change of address notice with this Court. (ECF No. 6).  On June 28, 2018, the Court issued an order setting an early mediation conference. (ECF No. 9).  On July 9, 2018, that order was returned to the Court as undeliverable. (ECF No. 10).  On July 10, 2018, Defendants filed a motion to dismiss based on Plaintiff's failure to notify the Court of his latest change of address. (ECF No. 11).

The Court notes that, pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney.  Failure to comply

1

with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.

Because Plaintiff previously has been diligent in keeping the Court up to date on his latest address, the Court will provide Plaintiff with the opportunity to update his address. This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his updated address with the Court within thirty (30) days from the date of this order.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, the Court shall dismiss this case.

IT IS FURTHER ORDERED that the order setting an early mediation conference (ECF No. 9) is vacated.

DATED THIS 17th day of July 2018.

_____
UNITED STATES DISTRICT JUDGE